UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL ANGELO BURNETT,

       Plaintiff,

v.

HEIDI E. WASHINGTON,

       Defendant.
_____/

Case No. 1:20-cv-1173

Honorable Paul L. Maloney

**JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: March 26, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge