UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL ANGELO BURNETT,

        Plaintiff,            Case No. 1:20-cv-1173

v.                             Honorable Paul L. Maloney

HEIDI E. WASHINGTON,

        Defendant.
_____/

**ORDER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. On February 9, 2021, the Court issued an opinion and order (ECF Nos. 4, 5) denying Plaintiff leave to proceed *in forma pauperis* because he was barred by the "three-strikes" rule of 28 U.S.C. § 1915(g). Plaintiff failed to pay the filing fee in the required time period, and the Court has dismissed the action on this date. In the dismissal, the Court warned Plaintiff that, should he file a notice of appeal, he would be required to pay the $505.00 filing fee in a lump sum, because he is prohibited from proceeding *in forma pauperis* on appeal by § 1915(g).

Plaintiff filed a notice of appeal prior to the entry of the dismissal order and judgment. He has failed to submit the $505.00 filing fee for an appeal. For the reasons outlined in the Court's opinion and order denying him pauper status, Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Plaintiff has twenty-eight (28) days from the date of entry of this order to pay the entire filing fee for appealing a civil action, which is $505.00, to the Clerk of this Court. Plaintiff's failure to comply with the order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.

**IT IS SO ORDERED**.

Dated:  March 26, 2021  /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**<u>SEND REMITTANCES TO THE FOLLOWING ADDRESS</u>**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**